Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_LaKisha Shawn Day_
_5809 Larsen Lane_
_Shawnee, KS 66203_
(Enter above the full name of Plaintiff(s))

vs.

_University of Kansas_
Name

_____
Street and number

_Kansas City, KS 66101_
City    State    Zip Code

FILED
DEC 31 2019
TIMOTHY M. O'BRIEN CLERK
By ___CIA___ Deputy

Case Number: _2:19-CV-2788-EFM-TJJ_
(To be assigned by Clerk)

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. This employment discrimination lawsuit is based on (check only those that apply):

   ☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ☐ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
   **NOTE:** *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐ Other (Describe)

I suffered and still dealing with back issues and memory issues since this incident occurred also the mental affects and strains.

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

Several issues far as them falsifying documents in order to terminate me, because I asked about return visit to doctor

(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

after I was injured from another employee pulling my chair from under me as I sat on modified rebcus unit with client who was on 1:1

**ADMINISTRATIVE PROCEDURES**

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

☐ Yes   Date filed: I tried to file everywhere so they wouldn't
☐ No    get away with the way the treated me. but since I
        filed with EEOC first they couldn't touch it.

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☐ Yes   Date filed: Sept. 11
☐ No    then I filed appeal so they could help me

6. Have you received a Notice of Right-to-Sue Letter?
☑ Yes ☐ No
If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

☑ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
☐ fewer than 60 days have passed since I filed my charge of age discrimination with

2

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - [ ] failure to hire me
   - [x] termination of my employment
   - [ ] failure to promote me
   - [ ] failure to accommodate my disability
   - [x] terms and conditions of my employment differ from those of similar employees
   - [x] retaliation
   - [x] harassment
   - [ ] reduction in wages
   - [x] other conduct (specify):

   I reached out to Chris Wilson who was employee relations~~partners~~ who was suppose to be our go to in situations so he could advocate for us. He ignored me. Then when I finally seen him he said ok are you still having issues, after I asked was it a reason he didn't

   Did you complain about this same conduct in your charge of discrimination?
   [x] Yes   [ ] No

9. I believe that I was discriminated against because of (check all that apply):
   - [ ] my race or color, which is _Black_
   - [ ] my religion, which is _Christian_
   - [ ] my national origin, which is _____
   - [ ] my gender, which is [ ] male; [x] female
   - [ ] my disability or perceived disability, which is _head injury, back injury, tail bone / mental dist_
   - [ ] my age (my birth year is: __-77)
   - [ ] other: _____

   Did you state the same reason(s) in your charge of discrimination?
   [x] Yes   [ ] No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

_____

_was injured at place of employment and was injured at hands of another employee while working assigned to client who was 1:1 client when worker yanked chair out from under me causing me to fall and get injured then company falsly accumulated points to terminate me_

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    - [x] are still being committed by Defendant.
    - [ ] are no longer being committed by Defendant.
    - [ ] may still be being committed by Defendant.

    *I'm defendant*
    *I wrote all above and its true..*
    *Witness and video tape*

12. Plaintiff:
    - [ ] still works for Defendant
    - [ ] no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    - [ ] Yes
    - [ ] No

    Explain: _____

    _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
- [ ] Defendant be directed to employ Plaintiff
- [ ] Defendant be directed to re-employ Plaintiff
- [ ] Defendant be directed to promote Plaintiff
- [ ] Defendant be directed to _to correct wrongs and be held accountable for their actions_

4

[✓] Injunctive relief (please explain): _____
[✓] Monetary damages (please explain): _____
[✓] Costs and fees involved in litigating this case
[✓] As additional relief to make Plaintiff whole, Plaintiff

seeks: _Justice_____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this **31** day of **December**, 20**19**.

_LaKisha Day_
Signature of Plaintiff

_LaKisha Day_
Name (Print or Type)

_5809 Larsen Lane_
Address

_Shawnee, KS 66203_
City State Zip Code

_913-375-3024_
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [ ] Wichita, [✓] Kansas City, [ ] Topeka}, Kansas as the location for the trial in this matter.
(Select One Location)

_LaKisha Day_
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury. [✓] Yes  [ ] No
(Select One)

_LaKisha Day_
Signature of Plaintiff

Dated: _____
(Rev. 10/15)

5